**UNITED STATES of America, Plaintiff–Appellee**

v.

**Tony L. COLLINS, also known as T–Cag, Defendant–Appellant.**

**No. 07–11261**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 16, 2009.

J. Michael Worley, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

John W. Sweeney, Jr., Fort Worth, TX, for Defendant–Appellant.

---

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tony L. Collins has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Collins has filed a response and moves for appointment of new counsel. Our independent review of the record, counsel's brief, and Collins's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Collins's motion for appointment of new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

